| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>Samantha S. Spangler<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2792 | FILED<br>DEC 1 2 2007<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )   2:07-CR-00559 FCD
                              )
              Plaintiff,      )   ORDER TO SEAL
        v.                    )   (UNDER SEAL)
                              )
LANISHA JARAE SMITH,          )
                              )
              Defendant.      )
_____)

The Court hereby orders that the Indictment, the Motion of Assistant U.S. Attorney Samantha S. Spangler to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: December 12, 2007

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1