**FILED**

January 17, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:07CR00559-FCD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| LANISHA JARAE SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __LANISHA JARAE SMITH__ , Case No.

2:07CR00559-FCD  , Charge __18USC § 287 and 2__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

__    Bail Posted in the Sum of $_____

__    Unsecured Appearance Bond

__    Appearance Bond with 10% Deposit

__    Appearance Bond with Surety

__    Corporate Surety Bail Bond

_✔_    (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _January 17, 2008_ at _2:00 p.m._ .

By  /s/ Gregory G. Hollows

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court