C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
LANISHA JARAE SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:07-cr-0559 FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| LANISHA JARAE SMITH, | |
| Defendant. | |

STIPULATION

    This matter is scheduled for Status Conference on February 4, 2008, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  I have contacted counsel for the United States, AUSA Samantha Spangler, and she has agreed, subject to the court's approval, to continue this matter until March 3, 2008, at 10:00 a.m.

    I have just been appointed to this case, and have received initial discovery concerning charges relating to making false claims to the Internal Revenue Service. I have begun reviewing this discovery, and will be interviewing my client next week.

    All parties hereby agree and stipulate to a continuance of the Status Conference that is scheduled February 4, 2008, to March 3, 2008, at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   2/1/08   /s/ C. Emmett Mahle
C. EMMETT MAHLE
Attorney for Defendant
LANISHA JARAE SMITH

DATED:   2/1/08   /s/ Samantha S. Spangler
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
Signed by Mr. Mahle with the
permission of Ms. Spangler

## ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that is scheduled for February 4, 2008, at 10:00 a.m., is hereby continued to March 3, 2008, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr. Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

IT IS SO ORDERED.

DATED: February 1, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE