# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CASE NO: 2:07-cr-559 FCD
     )
LANISHA SMITH

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **LANISHA SMITH**

Detained at (custodian): **SACRAMENTO COUNTY JAIL**

Detainee is:    a.)    ☒ charged in this district by:
            ☒ Indictment      ☐ Information      ☐ Complaint
            Charging Detainee With: **Filing False Claims, 18 U.S.C. 287**

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    ☒ return to the custody of detaining facility upon termination of proceedings
or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary JUNE 23, 2008 at 10:00 a.m. in the Eastern District of California.*

Signature: /s/ Samantha S. Spangler

Printed Name & Phone No: **Samantha S. Spangler, (916) 554-2792**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *JUNE 23, 2008 at 10:00 a.m.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

June 18, 2008
Date                                  United States District Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Lanisha Jarae Smith | Male ☐ | Female ☒ |
| Booking or CDC #: | X-2837925 | DOB: | 9/14/81 |
| Facility Address: | 651 I Street | Race: | Black |
| | Sacramento, CA 95814 | FBI #: | 615401RB9 |
| Facility Phone: | | | |
| Currently Incarcerated For: | Burglary/Robbery | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                                (Signature)

Form Crim-48                                                                               Revised 11/19/97