1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )    Case No. 2:07-cr-0559
                                )
12         Plaintiff,            )    APPLICATION AND ORDER
                                )    DISCHARGING WRIT OF HABEAS
13 v.                           )    CORPUS AD PROSEQUENDUM
                                )
14 LANISHA JARAE SMITH,         )
                                )
15         Defendant.            )
   _____)    Court:  Frank C. Damrell, Jr.

   On June 18, 2008, the Court issued a Writ of Habeas Corpus Ad Prosequendum to the Sacramento County Jail for the defendant herein, Lanisha Jarae Smith. The Writ specified that Ms. Smith was to be brought to court on Monday, June 23, 2008, and that she should be returned to the custody of the detaining facility upon termination of the proceedings. At the hearing on June 23, the government asked permission, which the Court granted, to submit this application and proposed order once Ms. Smith had been interviewed by a probation officer. The undersigned has learned that the interview has been completed. Therefore, the government asks that the Court issue the

   ///
   ///

accompanying order discharging the Writ and vacating the hearing scheduled for July 14, 2008.

DATED:   June 25, 2008                     McGREGOR W. SCOTT
                                           United States Attorney


                                    by    /s/ Samantha S. Spangler
                                          Samantha S. Spangler
                                          Assistant U.S. Attorney

Order

Good cause appearing, the Court hereby orders:

The Writ of Habeas Corpus Ad Prosequendum, issued June 18, 2008, to bring defendant Lanisha Jarae Smith from Sacramento County Jail to this Court on June 23, 2008, and to return her to the custody of the detaining facility upon termination of the proceedings, is hereby discharged as having been completed.

The hearing scheduled for July 14, 2008, is vacated.

IT IS SO ORDERED.

DATED:   June 25, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE