UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:07-CR-559 FCD |
| v. | ) | |
| | ) | |
| LANISHA JARAE SMITH, | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                                  () Ad Testificandum

Name of Detainee: Lanisha Jarae Smith
Detained at (custodian): Valley State Prison for Women, Chowchilla, CA

Detainee is:       a.)    (X) charged in this district by:   (X) Indictment  () Information  () Complaint
                                      charging detainee with: 18 U.S.C. §§ 287 & 2 - False Claim and Aiding & Abetting
      or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    () return to the custody of detaining facility upon termination of proceedings
      or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
                        is currently being served at the detaining facility

*Appearance is necessary on November 3, 2008, at 10:00 a.m., before the Hon. Frank C. Damrell, Jr., U.S. District Judge, Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ SAMANTHA S. SPANGLER |
| Printed Name & Phone No: | SAMANTHA S. SPANGLER, AUSA, 916-554-2792 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                                  () Ad Testificandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on November 3, 2008, at 10:00 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: October 3, 2008

_____
United States District Judge

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Female |
| Booking or CDC #: | CDC # X32508    USM # 17578-097 | DOB: 1981 |
| Facility Address: | Valley State Prison for Women | Race: |
| | P.O. Box 92, Chowchilla, CA 93610 | FBI #: 615401RB9 |
| Facility Phone: | 559-665-6100 | CII #: A11506821 |
| Currently Incarcerated For: | _____ | |

---

### RETURN OF SERVICE

Executed on   _____       By: _____
                                                                       (Signature)